UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 03, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Integranet Physician Resource, Inc., | § |
| Plaintiff, | § |
| versus | § Civil Action H-18-1353 |
| Texas Independent Providers, LLC, et al., | § |
| Defendants. | § |

# Order Denying Preliminary Injunction

1. The temporary restraining order is vacated.

2. The application for a preliminary injunction is denied.

Signed on May 3, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge