1

2                    **UNITED STATES DISTRICT COURT**
                      **SOUTHERN DISTRICT OF TEXAS**
3                          **HOUSTON DIVISION**

4

5    INTEGRANET PHYSICIAN          *      4:18-CV-1353
     RESOURCE, INC.
6                                  *      Houston, Texas
     VS.                           *
7                                  *      2:38 p.m.
                                   *      May 3, 2018
     TEXAS INDEPENDENT            *
8    PROVIDERS, LLC, et al

9
                       **TEMPORARY RESTRAINING HEARING**
10

11              **BEFORE THE HONORABLE LYNN N. HUGHES**
                    **UNITED STATES DISTRICT JUDGE**
12

13   **APPEARANCES:**

14   **FOR PLAINTIFF INTEGRANET PHYSICIAN RESOURCE, INC.:**
     Varant Yegparian
15   SCHIFFER, ODOM, HICKS & JOHNSON
     700 Louisiana, Suite 2650
16   Houston, Texas 77002
     713.255.4109
17
     **FOR DEFENDANT TEXAS INDEPENDENT PROVIDERS, LLC:**
18   Michael Steven Burg
     Attorney at Law
19   1842 Snake River Road
     Katy, Texas 77449
20   713.627.8885

21

22   **FOR DEFENDANT ROBERT VINCENT ROTH, Et Al:**
     Roy Tate Young
23   TATE YOUNG LAW FIRM
     5005 Woodway Drive, Suite 201
24   Houston, Texas 77056
     713.626.7112
25

```
 1  Court Reporter:
    Johnny C. Sanchez, RPR, RMR, CRR
 2  515 Rusk, #8004
    Houston, Texas 77002
 3  713.250.5581

 4  Proceedings recorded by mechanical stenography.   Transcript
    produced by computer-assisted transcription.
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    THE COURT:  Thank you.  Please be seated.

2       Who do you represent?

3                    MR. YEGPARIAN:  Your Honor, Varant Yegparian

4       on behalf of the plaintiff Integranet.

02:32:29   5                    THE COURT:  You certainly upset a lot of

6       them.  Mr. Burg?

7                    MR. BURG:  Yes, Your Honor.  Michael Burg on

8       behalf of Texas Independent Providers, LLC.

9                    MR. YOUNG:  Your Honor, Tate Young

02:32:45  10       representing defendants Carlos -- Dr. Carlos Palacios and

11       Vincent Roth.

12                    MR. WEHRER:  Judge, Greg Wehrer on behalf of

13       WellCare of Texas.

14                    MR. ROTH:  Your Honor, I'm Robert Vincent

02:33:03  15       Roth.

16                    THE COURT:  Who do you represent?

17                    MR. YOUNG:  Your Honor, he's one of the

18       defendants.  He's my client.

19                    THE COURT:  I said Wehrer move over so your

02:33:13  20       client can sit next to you.

21                    MR. WEHRER:  Certainly.

22                    THE COURT:  I'll still look at you.  You'll

23       get lots of attention sitting over there.  If you don't

24       behave, I'll make you go sit over on the other table.

02:33:29  25                    Mr. Yegparian.  Is that close?

1          MR. YEGPARIAN:  Yes.  That's exactly right,
2     Your Honor.
3          THE COURT:  I've read the stuff.  Shall we
4     start with jurisdiction?
02:33:55  5          MR. YEGPARIAN:  Yes, Your Honor.  If I may?
6     May I address the Court from here?
7          THE COURT:  No.  Don't -- I put the
8     microphone there so it will be there in front of you.
9     Move it diagonally down the slope so it's closer to you.
02:34:17  10    Real close.
11         MR. YEGPARIAN:  Is that -- okay.
12         THE COURT:  Do you ever see Willie Nelson
13    sing like this (indicating)?
14         MR. YEGPARIAN:  No, Your Honor, I have not.
02:34:28  15         THE COURT:  Even when he's smoking he gets
16    right up in there.
17              All right.  What makes you think --
18    Integranet?
19         MR. YEGPARIAN:  Yes, Your Honor, Integranet.
02:34:55  20         THE COURT:  Is a federal lawsuit?
21         MR. YEGPARIAN:  Your Honor, that is not
22    Integranet's contention.  Integranet filed its application
23    for a temporary restraining order in its original petition
24    in state court approximately two weeks ago.
02:35:11  25              The TRO was initially granted by the 295th

1   State District Court.  The temporary injunction hearing

2   was set for Monday morning, this past Monday morning at

3   11:00 a.m.

4                    On the eve of approximately 9:30 Sunday

02:35:29   5   night, defendant WellCare, not Integranet, defendant

6   WellCare, removed the case to this honorable court on the

7   basis that WellCare --

8                    THE COURT:  That one is honorable, too.

9                    MR. YEGPARIAN:  Absolutely, Your Honor.

02:35:41   10                    THE COURT:  Okay.

11                    MR. YEGPARIAN:  But it's WellCare's

12   contention that it is a federal officer and, therefore,

13   it's entitled to remove it to federal court.  And, again,

14   the timing of that creates many questions.

02:36:01   15                    THE COURT:  Don't worry about that.

16                    MR. YEGPARIAN:  Okay.

17                    THE COURT:  That's what lawyers do.

18                    MR. YEGPARIAN:  Understood.

19                    THE COURT:  They come up with a sneaky move,

02:36:09   20   they make it.  They're paid to think things through and

21   figure out different ways.  It shouldn't offend you, and

22   it doesn't offend me.

23                    MR. YEGPARIAN:  Absolutely, Your Honor.

24                    THE COURT:  I sometimes, if they turn out to

02:36:23   25   have been really wrong and mistreated people, I may have

```
 1  to squash them like a bug or something, but that's

 2  different.  I do it but only love.

 3                   So let me see if I have this.  There's a

 4  state program, Medicare; right?  And it's administered,

 5  it's funded by the national government and funded and

 6  managed by the state.  Is that right so far?

 7                   MR. YEGPARIAN:  I believe that under

 8  Medicare Part C, the federal government contracts with

 9  third party or nonstate actors like the defendant

10  WellCare.

11                   THE COURT:  All right.  So we're skipping

12  the state.

13                   MR. YEGPARIAN:  I believe that's correct,

14  Your Honor, yes.

15                   THE COURT:  And your client had a network,

16  and one of these other groups the defendant is a network.

17                   MR. YEGPARIAN:  Primary care physicians,

18  yes, Your Honor.

19                   THE COURT:  And, essentially, Integranet

20  thinks that it is competing unfairly.

21                   MR. YEGPARIAN:  Yes, Your Honor.  In other

22  words, that the -- the defendant WellCare, the use of very

23  vague, yet nevertheless threatening cease and desist

24  letters that were sent to certain of Integranet --

25                   THE COURT:  Lawyers again.
```

1          MR. YEGPARIAN:  Absolutely, Your Honor.  But

2     lawyers acting in a way that unfairly competes.

3     Integranet's theory of the case is that there's a sort of

4     carrot and stick strategy being employed by all --

02:38:34     5          THE COURT:  Wait.  What Integranet has said

6     is, "We don't like what they're saying because they're

7     getting our registered doctors," what do you call them?

8          MR. YEGPARIAN:  The registered doctors are

9     PCPs.  But Integranet's theory is that WellCare, in

02:38:57    10     sending the letters, are doing to -- is doing so to

11     obtain, enroll these patients.

12          THE COURT:  Of course.  That's what both of

13     you do for a living.

14          MR. YEGPARIAN:  Yes, Your Honor.

02:39:10    15          THE COURT:  And what exactly did the United

16     States of America have to do with the scurrilous letters

17     and the bad advertising?

18          MR. YEGPARIAN:  Absolutely nothing.

19          THE COURT:  Okay.  Except it's our money

02:39:25    20     that everybody here is after.

21          MR. YEGPARIAN:  Ostensibly, yes, Your Honor.

22          THE COURT:  Why isn't the solution to this

23     unfairness more speech?  Integranet can send its memo

24     saying that that's not right and we treated you better

02:39:49    25     than they treat you, and whatever you want to say about

1  them?

2              MR. YEGPARIAN:  The issue with that is that

3  there are state restrictions on what can and cannot be

4  said.  I mean, those are state law claims for tortious

02:40:12   5  interference with contract defamation.

6              THE COURT:  It's not tortious interference.

7  It's competition.  They want them, they say, "Come to us

8  because they say you're not giving the discounts that you

9  say you're giving."  So tell the patients how much the

02:40:27  10  discount really is.

11              MR. YEGPARIAN:  Well, the problem with that,

12  Your Honor, is that there are representations that are

13  factually incorrect or mathematically incorrect.

14              THE COURT:  Correct them.  If it says on one

02:40:44  15  of those Hollywood sites that you're pregnant -- the best

16  thing to do, of course, would be to ignore that -- you can

17  just put out your own press release that says, "I'm not.

18  And here's my gynecologist certificate."

19              You can't come to court when somebody says

02:41:13  20  something that's wrong, even when they're saying something

21  that's wrong to compete.

22              Mr. Young there, he says he's the best

23  lawyer west of the Mississippi.  So, is he?

24              In fact, what is it *Texas Monthly* has a

02:41:35  25  whole section every year about the most fabulous lawyers

1  in the world and it's 40 pages long.  Probably not.  There

2  may be some in there.

3                    Running, you call that a network?

4                    MR. YEGPARIAN:  A network of physicians.

02:42:00  5  Essentially a bunch of physicians that have groups

6  together to negotiate --

7                    THE COURT:  No.  I know how it works.  But,

8  you know, we don't call people doctors or nurses.  They're

9  providers.  I want a doctor.

02:42:20  10                    So Integranet is a cooperative.  A group

11  of 74 doctors get together, and in order to increase their

12  effectiveness and reduce their cost, they have Integranet

13  negotiate fee schedules with insurance companies and

14  things like that.

02:42:49  15                    And, so, you're the teamsters, Mr. Young

16  is the brotherhood of railroad workers, and you're

17  competing for the same workers.  He says his union's the

18  best, you say your union's the best, and they lie about us

19  all the time.  I don't see justiciable controversy.  That

02:43:20  20  Integranet is mad about them being a bunch of lying

21  creeps.  Well, I am too, but it's not justiciable.

22                    MR. YEGPARIAN:  I understand, Your Honor.

23  There are some additional facts that I think are important

24  and I'd be remiss if I did not mention.

02:43:37  25                    The origin of this lawsuit comes from a

1    gentlemen named Mr. Vincent Roth.

2                    THE COURT:  Ross?

3                    MR. YEGPARIAN:  Roth, R-o-t-h.  Is one of

4    the two named defendants.  Mr. Roth was a former

02:43:51    5    vice-president and director of financial analytics --

6                    THE COURT:  I read that.

7                    MR. YEGPARIAN:  -- at Integranet.  He left

8    in 2014 and started a competing -- started a competing IPA

9    network, a competitor of Integranet.  And one of the big

02:44:11    10    claims that Integranet is advancing in this litigation is

11    that Mr. Roth is using confidential information that he

12    gained during the course and scope of his employment at

13    Integranet to misrepresent Integranet's numbers.  And I

14    appreciate --

02:44:27    15                    THE COURT:  Four-year-old data?

16                    MR. YEGPARIAN:  Yes, Your Honor.  But it's

17    still ripe data because it relates to the breakdown of

18    bonuses that are distributed from or distributed amongst

19    the networks of PCPs with shares going to the PCPs, the

02:44:47    20    management company, and the company's investors.

21                    THE COURT:  That hasn't changed in four

22    years.

23                    MR. YEGPARIAN:  That is correct.  That

24    information has not changed in four years, and it remains

02:44:58    25    confidential and proprietary to each network.

1          THE COURT:  Just tell me it's the same,

2    whether it's proprietary.  And how many doctors are in the

3    groups that share this money?

4          MR. YEGPARIAN:  For Integranet?

02:45:20    5          THE COURT:  Yes, sir.

6          MR. YEGPARIAN:  That's in the thousands.

7          THE COURT:  Well, give me an idea.

8          MR. YEGPARIAN:  Last I checked it was I

9    believe around 2,000.

02:45:26   10          THE COURT:  And are they located all over

11   the country?

12          MR. YEGPARIAN:  No.  They are mainly located

13   in Houston and Dallas.

14          THE COURT:  And this probably ought to be a

02:45:44   15   rhetorical question.  So let's say 2,000 doctors in two

16   major cities, mainly in Texas, have known the fee schedule

17   by which the administration of it is handled and who gets

18   what for four years, and you think it's confidential?

19          MR. YEGPARIAN:  Yes, Your Honor.

02:46:08   20          THE COURT:  I don't.  Human nature.  There

21   are disgruntled doctors that have left your network and

22   say whatever they say about it, and some joined it and

23   called their old network, and said, "I got a better deal."

24   They only charge whatever.

02:46:31   25          I think I recall your grandmother telling

1   you that three people can keep a secret if two of them are

2   dead.

3                   MR. YEGPARIAN:  Yes, Your Honor.

4                   THE COURT:  Move the decimal place and make

02:46:45   5   that 2,000 instead of two.  Doesn't work any better.  But

6   that is a personal claim, and he had a confidentiality

7   agreement, I take it?

8                   MR. YEGPARIAN:  No, Your Honor, he did not.

9                   THE COURT:  Okay.  When did he start using

02:47:15  10   that data?

11                   MR. YEGPARIAN:  He created his own company,

12   TIP, in 2014.  I believe it was October, November of 2014.

13                   THE COURT:  And why didn't you sue him in

14   2014?

02:47:36  15                   MR. YEGPARIAN:  Well, he wasn't soliciting

16   our doctors.  He wasn't --

17                   THE COURT:  That you know.

18                   MR. YEGPARIAN:  That we know of.  But there

19   was not this misleading marketing packet.

02:47:46  20                   THE COURT:  Misleading doesn't -- you're

21   accusing him in the trade secrets of telling the truth;

22   right?

23                   MR. YEGPARIAN:  No, Your Honor.  Our claim

24   is that they've represented.  TIP has misrepresented its

02:48:01  25   own numbers in attempts to --

1          THE COURT:  Wait.  Wait.  No.  That's not a

2    trade secret of Integranet.  The trade secret of

3    Integranet is information that you don't want everybody

4    else to know.

02:48:15    5          MR. YEGPARIAN:  Correct, Your Honor.

6          THE COURT:  And if he tells what that break

7    is, then he's tell the truth.  If he said the break and

8    just made up numbers, that's an entirely different claim,

9    if any.

02:48:59   10          Mr. Young?

11          MR. YOUNG:  Yes, Your Honor.

12          THE COURT:  Would you mind stepping up

13    there.  Thank you.  I'll get back to you.  Don't relax.

14          Can you give me a factual hint about what

02:49:22   15    Mr. Roth is doing, from with whom he is associated and

16    what his business model with no secrets is?

17          MR. YOUNG:  Yes, Your Honor.  My other

18    client, the co-defendant Carlos Palacios, and Mr. Roth

19    have developed this other IPA.  IPA, as the Court is aware

02:49:42   20    of, are very common throughout the medical industry,

21    medical business.

22          What the plaintiff, I think, is trying to

23    focus on is that the matrix, as they call it, or the

24    criteria used, is somehow a trade secret or confidential

02:49:57   25    information as to Integranet, the plaintiff.  But that's

1    not the case.  These are industry used percentages,

2    billings, and all.  There's nothing proprietary.  And we

3    know that because when my client, Mr. Roth, came to work

4    at Integranet, he never signed, he was never asked to sign

02:50:15    5    a nondisclosure agreement or noncompetition agreement or

6    anything that would keep sacrosanct the purported trade

7    secrets they claim now four years later.

8                        I would also take issue, Your Honor, with

9    their allegation that they just found out about this

02:50:33   10    so-called IPA soliciting their doctors, if you will, to

11    use their language, the brochures that were --

12                        THE COURT:  Wait.  I'm sorry.  One of the

13    better parts, there are many good parts of this job, but

14    getting to interrupt is one of them.  But if Mr. Roth is

02:50:59   15    disclosing their proprietary information, their claim

16    doesn't depend upon it being their doctors.  They could be

17    competing with other doctors who might be also being

18    solicited by them for the claim of theft of trade secrets,

19    or whatever we're going to call it, is independent of

02:51:19   20    discovering the predation of their doctors.

21                        MR. YOUNG:  That is correct, Your Honor.

22    And may I address the Court on one other point?

23                        THE COURT:  Sure.

24                        MR. YOUNG:  That these doctors are primary

02:51:31   25    care physicians, PCPs, they can join outer IPAs.  They are

1    not locked into a particular IPA.  They can move among

2    other IPAs.

3                    THE COURT:  They could be, couldn't they?

4                    MR. YOUNG:  Yes.

02:51:42    5                    THE COURT:  Are they?

6                    MR. YEGPARIAN:  Sorry, Your Honor?

7                    THE COURT:  The doctors who join Integranet,

8    do they sign an agreement they won't join other networks?

9                    MR. YEGPARIAN:  Your Honor, they, as a

02:51:56   10    matter of course, can join other networks, but as it plays

11    out in practice, they tend to --

12                    THE COURT:  No.  Wait my question is:  Do

13    they commit not to do it?  That's a yes or no.

14                    MR. YEGPARIAN:  No, Your Honor, they don't.

02:52:10   15                    THE COURT:  Okay.

16                    MR. YOUNG:  Your Honor has hit the nail on

17    the head.  This is strictly just pure competition under

18    our laws of the United States here.  There's no

19    malfeasance, there's nothing going on improper here.  And

02:52:22   20    there are no trade secrets or confidential information

21    that my clients, and certainly not the other defendants,

22    have misappropriated or misused or have taken.

23                         And, again, I would urge the Court that

24    since, if Integranet's claiming these are all now highly

02:52:42   25    confidential, which they aren't, because they're out in

1  the market place under all these IPAs, then they should

2  have had nondisclosure agreements signed delineating what

3  you cannot disclose outside of this --

4            THE COURT:  That's not even Mr. Roth.

02:52:54  5  Doctors talk about --

6            MR. YOUNG:  Doctors talk about it all the

7  time.  That's correct, Your Honor.  That is correct.

8            THE COURT:  Are there any doctors in here?

9  Didn't mean to denigrate doctors by comparing them to

02:53:16  10  trade unions, but just like the state bar is a sociologist

11  trade union.  You can dress it up any way you want to.

12            But where will -- well, go ahead.

13            MR. YOUNG:  I think I've made the points,

14  and your court has picked up on the germane issues in this

02:53:41  15  case here from the get go.  This is nothing but pure

16  competition.  I think this is an attempt by the plaintiff

17  to just simply shut down a competing business.

18            THE COURT:  What's the statute of

19  limitations on trade secrets?

02:53:52  20            MR. YOUNG:  Under the Texas Trade Secrets

21  Act --

22            THE COURT:  The only trade secrets.

23            MR. YOUNG:  I think -- I believe it's two

24  years under the new statute.

02:53:59  25            THE COURT:  He says three.

1                    MR. YOUNG:  Okay.  Three years, Your Honor.

2    I apologize.

3                    THE COURT:  It was either three or a rude

4    gesture.

02:54:06   5                    MR. YOUNG:  I've known for Mr. Burg for

6    30 years, so go it could have been.  Excuse me.  I

7    apologize.

8                    THE COURT:  So that's a problem.  Have you

9    read Memorial Hermann Health System versus America

02:54:36  10   Group -- Amerigroup Texas, Inc.?

11                   MR. YOUNG:  I can't recall having read it,

12   Your Honor, at this point.

13                   THE COURT:  17545.  I haven't reread it, but

14   I wrote it and signed it.  It's on the jurisdiction.  I

02:55:02  15   don't think I need to do that today.  I do need to deny

16   the temporary restraining order, preliminary injunction.

17   It's not unredressable by monetary damages.

18                   MR. YOUNG:  Yes, sir.

19                   THE COURT:  Just, they're records of what

02:55:24  20   you send out, they're records of how many people respond

21   favorably or unfavorably.  Just keep keeping them.  And if

22   it should turn out that it's wrong, it can be adjusted.

23                   How many Medicaid advantage groups are

24   there in Texas?  Not --

02:55:51  25                   MR. YOUNG:  Your Honor, to be honest with

```
 1   you, I don't know.
 2                 MR. BURG:  Dozens Medicare advantage.
 3                 MR. YOUNG:  Oh, Medicare advantage, yes.
 4                 THE COURT:  Your client is counting.
 5                 MR. WEHRER:  Your Honor, there's at least
 6   ten in Houston, just Harris County.
 7                 THE COURT:  And certainly that's replicated
 8   in Dallas-Fort Worth.  San Antonio may have even more.
 9                 MR. WEHRER:  Yes, Your Honor.
10                 THE COURT:  They're even closer to the
11   insurance companies.
12                 MR. YOUNG:  I understand.
13                 THE COURT:  Do you want to say anything?
14                 MR. YOUNG:  May I be seated, Your Honor?
15                 THE COURT:  Let's see if he's going to
16   implicate you.
17                 MR. WEHRER:  You're referring to me, Your
18   Honor, I don't have anything to say.  If Your Honor is
19   inclined to deny the TRO, that was my main concern today.
20                 THE COURT:  That doesn't mean I'm not going
21   to make you resolve the whole thing in the next two weeks,
22   but I'm not telling anybody they can't compete.  If they
23   compete unfairly, they can pay for it.
24                 All right.  Mr. Yegparian, anything you
25   want to -- I'm not going to decide the jurisdictional
```

02:56:08 (line 5)
02:56:22 (line 10)
02:56:49 (line 15)
02:56:58 (line 20)
02:57:18 (line 25)

1   thing now.

2             MR. YEGPARIAN:  No, Your Honor.  Obviously,

3   my client has very serious concerns about the

4   jurisdictional issue, but that's best saved for a later

02:57:29   5   date and time.

6             THE COURT:  Federal officer jurisdiction is

7   very important.  It originated when the federal agents

8   from the Freedmen's Bureau would go into formally

9   treasonous states and some cases probably still treasonous

02:57:48  10   states.  And the first thing they'd do is somebody would

11   file charges against him and they'd arrest him.  And, of

12   course, it also applies to postmen who pepper spray dogs

13   that are attacking them.  A number of times the DA

14   actually takes those cases knowing they don't have any

02:58:12  15   jurisdiction.  And, first of all, knowing the postman has

16   a perfectly rational defense.  The dog might not have been

17   sprayed if he had been leashed or inside the house.  But

18   they keep taking them and we keep drop kicking them into

19   outer space.  And there are others, astronauts and all

02:58:36  20   kinds of people get sued for doing their job.

21             All right.  How soon can the defendants

22   have a sensible answer on file?

23             MR. BURG:  Your Honor, if I may have a week

24   to ten days, please, Your Honor.

02:58:58  25             THE COURT:  I'll give you ten days if you

*Johnny C. Sanchez, RMR, CRR - jcscourtreporter@aol.com*

1  don't tell anybody.

2            MR. BURG:  Okay.

3            THE COURT:  That will ruin my reputation.

4            MR. BURG:  Ten days, thank you, Your Honor.

02:59:06  5            THE COURT:  All right.  So today is the 3rd.

6  So that's Monday the 13th -- no, 14th is the Monday.  Why

7  don't I give you-all until the 15th.

8            MR. BURG:  Thank you, Your Honor.

9            THE COURT:  And I want them brief, factual,

02:59:36  10  with some legal, but I need to know what happened.  My

11  interns are always bewildered that I say forget the law.

12  What happened?  Once you find out what happened, the law

13  is -- first of all, you can go look it up.  You can't look

14  up what Sears did to Mildred last year`.  So I need to

03:00:01  15  have -- and while I'm not as dumb as I look, there might

16  be some background information about the operation of the

17  systems that you think I lack.  And, so, please supply it.

18            All right.  Anybody else have anything?

19  And you must be grateful to me.

03:00:24  20            MR. BURG:  Thank you, Your Honor.

21            THE COURT:  Because the money that I would

22  have spent on air-conditioning is going to reduce the

23  national debt.  There's got to be an explanation.  Now,

24  this room did not feel this warm in January.  It was this

03:00:43  25  close to snowfall.  My grandfather had a saying that he

1    could file a two car funeral.  The General Service

2    Administration is right down there doing that.

3                    All right.  Thank you, counsel, especially

4    for the short notice.

03:01:05    5                    **(Recessed at 3:01 p.m.)**

6                    **COURT REPORTER'S CERTIFICATE**

7

8    I, Johnny C. Sanchez, certify that the foregoing is a

9    correct transcript from the record of proceedings in the

10   above-entitled matter.

11

12                                        /s/_____
                                         Johnny C. Sanchez, CRR, RMR

13

14

15

16

17

18

19

20

21

22

23

24

25

## /

**/s** [1] - 21:11

## 1

**11:00** [1] - 5:3
**13th** [1] - 20:6
**14th** [1] - 20:6
**15th** [1] - 20:7
**17545** [1] - 17:13

## 2

**2,000** [3] - 11:9, 11:15, 12:5
**2014** [4] - 10:8, 12:12, 12:14
**295th** [1] - 4:25

## 3

**30** [1] - 17:6
**3:01** [1] - 21:5
**3rd** [1] - 20:5

## 4

**40** [1] - 9:1

## 7

**74** [1] - 9:11

## 9

**9:30** [1] - 5:4

## A

**a.m** [1] - 5:3
**above-entitled** [1] - 21:10
**absolutely** [4] - 5:9, 5:23, 7:1, 7:18
**accusing** [1] - 12:21
**Act** [1] - 16:21
**acting** [1] - 7:2
**actors** [1] - 6:9
**additional** [1] - 9:23
**address** [2] - 4:6, 14:22
**adjusted** [1] - 17:22
**administered** [1] - 6:4
**administration** [1] - 11:17
**Administration** [1] - 21:2
**advancing** [1] - 10:10
**advantage** [3] - 17:23, 18:2, 18:3
**advertising** [1] - 7:17
**agents** [1] - 19:7
**ago** [1] - 4:24
**agreement** [4] - 12:7, 14:5, 15:8

**agreements** [1] - 16:2
**ahead** [1] - 16:12
**air** [1] - 20:22
**air-conditioning** [1] - 20:22
**allegation** [1] - 14:9
**America** [2] - 7:16, 17:9
**Amerigroup** [1] - 17:10
**analytics** [1] - 10:5
**answer** [1] - 19:22
**Antonio** [1] - 18:8
**apologize** [2] - 17:2, 17:7
**application** [1] - 4:22
**applies** [1] - 19:12
**appreciate** [1] - 10:14
**arrest** [1] - 19:11
**associated** [1] - 13:15
**astronauts** [1] - 19:19
**attacking** [1] - 19:13
**attempt** [1] - 16:16
**attempts** [1] - 12:25
**aware** [1] - 13:19

## B

**background** [1] - 20:16
**bad** [1] - 7:17
**bar** [1] - 16:10
**basis** [1] - 5:7
**best** [5] - 8:15, 8:22, 9:18, 19:4
**better** [4] - 7:24, 11:23, 12:5, 14:13
**bewildered** [1] - 20:11
**big** [1] - 10:9
**billings** [1] - 14:2
**bonuses** [1] - 10:18
**break** [2] - 13:6, 13:7
**breakdown** [1] - 10:17
**brief** [1] - 20:9
**brochures** [1] - 14:11
**brotherhood** [1] - 9:16
**bug** [1] - 6:1
**bunch** [2] - 9:5, 9:20
**Bureau** [1] - 19:8
**Burg** [1] - 17:5
**BURG** [6] - 18:2, 19:23, 20:2, 20:4, 20:8, 20:20
**business** [3] - 13:16, 13:21, 16:17

## C

**cannot** [2] - 8:3, 16:3
**car** [1] - 21:1
**care** [2] - 6:17, 14:25
**Carlos** [1] - 13:18
**carrot** [1] - 7:4
**case** [4] - 5:6, 7:3, 14:1, 16:15
**cases** [2] - 19:9, 19:14
**cease** [1] - 6:23
**certain** [1] - 6:24
**certainly** [2] - 15:21, 18:7
**certificate** [1] - 8:18
**CERTIFICATE** [1] - 21:6

**certify** [1] - 21:8
**changed** [2] - 10:21, 10:24
**charge** [1] - 11:24
**charges** [1] - 19:11
**checked** [1] - 11:8
**cities** [1] - 11:16
**claim** [6] - 12:6, 12:23, 13:8, 14:7, 14:15, 14:18
**claiming** [1] - 15:24
**claims** [2] - 8:4, 10:10
**client** [5] - 6:15, 13:18, 14:3, 18:4, 19:3
**clients** [1] - 15:21
**close** [2] - 4:10, 20:25
**closer** [2] - 4:9, 18:10
**co** [1] - 13:18
**co-defendant** [1] - 13:18
**commit** [1] - 15:13
**common** [1] - 13:20
**companies** [2] - 9:13, 18:11
**company** [2] - 10:20, 12:11
**company's** [1] - 10:20
**comparing** [1] - 16:9
**compete** [3] - 8:21, 18:22, 18:23
**competes** [1] - 7:2
**competing** [6] - 6:20, 9:17, 10:8, 14:17, 16:17
**competition** [3] - 8:7, 15:17, 16:16
**competitor** [1] - 10:9
**concern** [1] - 18:19
**concerns** [1] - 19:3
**conditioning** [1] - 20:22
**confidential** [6] - 10:11, 10:25, 11:18, 13:24, 15:20, 15:25
**confidentiality** [1] - 12:6
**contention** [2] - 4:22, 5:12
**contract** [1] - 8:5
**contracts** [1] - 6:8
**controversy** [1] - 9:19
**cooperative** [1] - 9:10
**correct** [8] - 6:13, 8:14, 10:23, 13:5, 14:21, 16:7, 21:9
**cost** [1] - 9:12
**counsel** [1] - 21:3
**counting** [1] - 18:4
**country** [1] - 11:11
**County** [1] - 18:6
**course** [5] - 7:12, 8:16, 10:12, 15:10, 19:12
**COURT** [70] - 4:3, 4:7, 4:12, 4:15, 4:20, 5:8, 5:10, 5:15, 5:17, 5:19, 5:24, 6:11, 6:15, 6:19, 6:25, 7:5, 7:12, 7:15, 7:19, 7:22, 8:6, 8:14, 9:7, 10:2, 10:6, 10:15, 10:21, 11:1, 11:5, 11:7, 11:10, 11:14, 11:20, 12:4, 12:9, 12:13, 12:17, 12:20, 13:1, 13:6, 13:12, 14:12, 14:23, 15:3, 15:5, 15:7, 15:12, 15:15, 16:4, 16:8, 16:18, 16:22, 16:25, 17:3, 17:8, 17:13, 17:19, 18:4, 18:7, 18:10, 18:13, 18:15, 18:20, 19:6, 19:25, 20:3, 20:5, 20:9, 20:21, 21:6
**Court** [5] - 4:6, 5:1, 13:19, 14:22, 15:23

**court** [5] - 4:24, 5:6, 5:13, 8:19, 16:14
**created** [1] - 12:11
**creates** [1] - 5:14
**creeps** [1] - 9:21
**criteria** [1] - 13:24
**CRR** [1] - 21:12

## D

**DA** [1] - 19:13
**Dallas** [2] - 11:13, 18:8
**Dallas-Fort** [1] - 18:8
**damages** [1] - 17:17
**data** [3] - 10:15, 10:17, 12:10
**date** [1] - 19:5
**days** [3] - 19:24, 19:25, 20:4
**dead** [1] - 12:2
**deal** [1] - 11:23
**debt** [1] - 20:23
**decide** [1] - 18:25
**decimal** [1] - 12:4
**defamation** [1] - 8:5
**defendant** [6] - 5:5, 6:9, 6:16, 6:22, 13:18
**defendants** [3] - 10:4, 15:21, 19:21
**defense** [1] - 19:16
**delineating** [1] - 16:2
**denigrate** [1] - 16:9
**deny** [2] - 17:15, 18:19
**desist** [1] - 6:23
**developed** [1] - 13:19
**diagonally** [1] - 4:9
**different** [3] - 5:21, 6:2, 13:8
**director** [1] - 10:5
**disclose** [1] - 16:3
**disclosing** [1] - 14:15
**discount** [1] - 8:10
**discounts** [1] - 8:8
**discovering** [1] - 14:20
**disgruntled** [1] - 11:21
**distributed** [2] - 10:18
**District** [1] - 5:1
**doctor** [1] - 9:9
**doctors** [17] - 7:7, 7:8, 9:8, 9:11, 11:2, 11:15, 11:21, 12:16, 14:10, 14:16, 14:17, 14:20, 14:24, 15:7, 16:6, 16:8, 16:9
**Doctors** [1] - 16:5
**dog** [1] - 19:16
**dogs** [3] - 19:12
**down** [3] - 4:9, 16:17, 21:2
**dozens** [1] - 18:2
**dress** [1] - 16:11
**drop** [1] - 19:18
**dumb** [1] - 20:15
**during** [1] - 10:12

## E

**effectiveness** [1] - 9:12
**either** [1] - 17:3

**employed** [1] - 7:4
**employment** [1] - 10:12
**enroll** [1] - 7:11
**entirely** [1] - 13:8
**entitled** [2] - 5:13, 21:10
**especially** [1] - 21:3
**essentially** [2] - 6:19, 9:5
**eve** [1] - 5:4
**exactly** [2] - 4:1, 7:15
**except** [1] - 7:19
**excuse** [1] - 17:6
**explanation** [1] - 20:23

## F

**fabulous** [1] - 8:25
**fact** [1] - 8:24
**facts** [1] - 9:23
**factual** [2] - 13:14, 20:9
**factually** [1] - 8:13
**far** [1] - 6:6
**favorably** [1] - 17:21
**federal** [6] - 4:20, 5:12, 5:13, 6:8, 19:6, 19:7
**fee** [2] - 9:13, 11:16
**figure** [1] - 5:21
**file** [3] - 19:11, 19:22, 21:1
**filed** [1] - 4:22
**financial** [1] - 10:5
**first** [3] - 19:10, 19:15, 20:13
**focus** [1] - 13:23
**foregoing** [1] - 21:8
**forget** [1] - 20:11
**formally** [1] - 19:8
**former** [1] - 10:4
**Fort** [1] - 18:8
**four** [5] - 10:15, 10:21, 10:24, 11:18, 14:7
**four-year-old** [1] - 10:15
**Freedmen's** [1] - 19:8
**front** [1] - 4:8
**funded** [2] - 6:5
**funeral** [1] - 21:1

## G

**gained** [1] - 10:12
**General** [1] - 21:1
**gentlemen** [1] - 10:1
**germane** [1] - 16:14
**gesture** [1] - 17:4
**government** [2] - 6:5, 6:8
**grandfather** [1] - 20:25
**grandmother** [1] - 11:25
**granted** [1] - 4:25
**grateful** [1] - 20:19
**Group** [1] - 17:10
**group** [1] - 9:10
**groups** [4] - 6:16, 9:5, 11:3, 17:23
**gynecologist** [1] - 8:18

## H

**handled** [1] - 11:17
**Harris** [1] - 18:6
**head** [1] - 15:17
**Health** [1] - 17:9
**hearing** [1] - 5:1
**Hermann** [1] - 17:9
**highly** [1] - 15:24
**hint** [1] - 13:14
**hit** [1] - 15:16
**Hollywood** [1] - 8:15
**honest** [1] - 17:25
**Honor** [44] - 4:2, 4:5, 4:14, 4:19, 4:21, 5:9, 5:23, 6:14, 6:18, 6:21, 7:1, 7:14, 7:21, 8:12, 9:22, 10:16, 11:19, 12:3, 12:8, 12:23, 13:5, 13:11, 13:17, 14:8, 14:21, 15:6, 15:9, 15:14, 15:16, 16:7, 17:1, 17:12, 17:25, 18:5, 18:9, 18:14, 18:18, 19:2, 19:23, 19:24, 20:4, 20:8, 20:20
**honorable** [2] - 5:6, 5:8
**house** [1] - 19:17
**Houston** [2] - 11:13, 18:6
**human** [1] - 11:20

## I

**idea** [1] - 11:7
**ignore** [1] - 8:16
**implicate** [1] - 18:16
**important** [2] - 9:23, 19:7
**improper** [1] - 15:19
**Inc** [1] - 17:10
**inclined** [1] - 18:19
**incorrect** [2] - 8:13
**increase** [1] - 9:11
**independent** [1] - 14:19
**indicating** [1] - 4:13
**industry** [2] - 13:20, 14:1
**information** [7] - 10:11, 10:24, 13:3, 13:25, 14:15, 15:20, 20:16
**injunction** [2] - 5:1, 17:16
**inside** [1] - 19:17
**instead** [1] - 12:5
**insurance** [2] - 9:13, 18:11
**Integranet** [21] - 4:18, 4:19, 4:22, 5:5, 6:19, 6:24, 7:5, 7:23, 9:10, 9:12, 9:20, 10:7, 10:9, 10:10, 10:13, 11:4, 13:2, 13:3, 13:25, 14:4, 15:7
**Integranet's** [5] - 4:22, 7:3, 7:9, 10:13, 15:24
**interference** [2] - 8:5, 8:6
**interns** [1] - 20:11
**interrupt** [1] - 14:14
**investors** [1] - 10:20
**IPA** [5] - 10:8, 13:19, 14:10, 15:1
**IPAs** [3] - 14:25, 15:2, 16:1
**issue** [3] - 8:2, 14:8, 19:4
**issues** [1] - 16:14

**J**

**January** [1] - 20:24
**job** [2] - 14:13, 19:20
**Johnny** [2] - 21:8, 21:12
**join** [4] - 14:25, 15:7, 15:8, 15:10
**joined** [1] - 11:22
**jurisdiction** [4] - 4:4, 17:14, 19:6, 19:15
**jurisdictional** [2] - 18:25, 19:4
**justiciable** [2] - 9:19, 9:21

**K**

**keep** [5] - 12:1, 14:6, 17:21, 19:18
**keeping** [1] - 17:21
**kicking** [1] - 19:18
**kinds** [1] - 19:20
**knowing** [2] - 19:14, 19:15
**known** [2] - 11:16, 17:5

**L**

**lack** [1] - 20:17
**language** [1] - 14:11
**last** [2] - 11:8, 20:14
**law** [3] - 8:4, 20:11, 20:12
**laws** [1] - 15:18
**lawsuit** [2] - 4:20, 9:25
**lawyer** [1] - 8:23
**lawyers** [4] - 5:17, 6:25, 7:2, 8:25
**leashed** [1] - 19:17
**least** [1] - 18:5
**left** [2] - 10:7, 11:21
**legal** [1] - 20:10
**letters** [3] - 6:24, 7:10, 7:16
**lie** [1] - 9:18
**limitations** [1] - 16:19
**litigation** [1] - 10:10
**living** [1] - 7:13
**located** [2] - 11:10, 11:12
**locked** [1] - 15:1
**look** [3] - 20:13, 20:15
**love** [1] - 6:2
**lying** [1] - 9:20

**M**

**mad** [1] - 9:20
**main** [1] - 18:19
**major** [1] - 11:16
**malfeasance** [1] - 15:19
**managed** [1] - 6:6
**management** [1] - 10:20
**market** [1] - 16:1
**marketing** [1] - 12:19
**mathematically** [1] - 8:13
**matrix** [1] - 13:23
**matter** [2] - 15:10, 21:10

**mean** [3] - 8:4, 16:9, 18:20
**Medicaid** [1] - 17:23
**medical** [2] - 13:20, 13:21
**Medicare** [4] - 6:4, 6:8, 18:2, 18:3
**memo** [1] - 7:23
**Memorial** [1] - 17:9
**mention** [1] - 9:24
**microphone** [1] - 4:8
**might** [3] - 14:17, 19:16, 20:15
**Mildred** [1] - 20:14
**mind** [1] - 13:12
**misappropriated** [1] - 15:22
**misleading** [2] - 12:19, 12:20
**misrepresent** [1] - 10:13
**misrepresented** [1] - 12:24
**Mississippi** [1] - 8:23
**mistreated** [1] - 5:25
**misused** [1] - 15:22
**model** [1] - 13:16
**Monday** [4] - 5:2, 20:6
**monetary** [1] - 17:17
**money** [3] - 7:19, 11:3, 20:21
**Monthly** [1] - 8:24
**morning** [1] - 5:2
**most** [1] - 8:25
**move** [4] - 4:9, 5:19, 12:4, 15:1
**MR** [71] - 4:1, 4:5, 4:11, 4:14, 4:19, 4:21, 5:9, 5:11, 5:16, 5:18, 5:23, 6:7, 6:13, 6:17, 6:21, 7:1, 7:8, 7:14, 7:18, 7:21, 8:2, 8:11, 9:4, 9:22, 10:3, 10:7, 10:16, 10:23, 11:4, 11:6, 11:8, 11:12, 11:19, 12:3, 12:8, 12:11, 12:15, 12:18, 12:23, 13:5, 13:11, 13:17, 14:21, 14:24, 15:4, 15:6, 15:9, 15:14, 15:16, 16:6, 16:13, 16:20, 16:23, 17:1, 17:5, 17:11, 17:18, 17:25, 18:2, 18:3, 18:5, 18:9, 18:12, 18:14, 18:17, 19:2, 19:23, 20:2, 20:4, 20:8, 20:20
  **must** [1] - 20:19

**N**

**nail** [1] - 15:16
**named** [2] - 10:1, 10:4
**national** [2] - 6:5, 20:23
**nature** [1] - 11:20
**need** [4] - 17:15, 20:10, 20:14
**negotiate** [2] - 9:6, 9:13
**Nelson** [1] - 4:12
**network** [8] - 6:15, 6:16, 9:3, 9:4, 10:9, 10:25, 11:21, 11:23
**networks** [3] - 10:19, 15:8, 15:10
**never** [2] - 14:4
**nevertheless** [1] - 6:23
**new** [1] - 16:24
**next** [1] - 18:21
**night** [1] - 5:5
**noncompetition** [1] - 14:5
**nondisclosure** [2] - 14:5, 16:2
**nonstate** [1] - 6:9
**nothing** [4] - 7:18, 14:2, 15:19, 16:15

**notice** [1] - 21:4
**November** [1] - 12:12
**number** [1] - 19:13
**numbers** [3] - 10:13, 12:25, 13:8
**nurses** [1] - 9:8

**O**

**obtain** [1] - 7:11
**obviously** [1] - 19:2
**October** [1] - 12:12
**offend** [2] - 5:21, 5:22
**officer** [2] - 5:12, 19:6
**old** [2] - 10:15, 11:23
**once** [1] - 20:12
**one** [8] - 5:8, 6:16, 8:14, 10:3, 10:9, 14:12, 14:14, 14:22
**operation** [1] - 20:16
**order** [3] - 4:23, 9:11, 17:16
**origin** [1] - 9:25
**original** [1] - 4:23
**originated** [1] - 19:7
**ostensibly** [1] - 7:21
**ought** [1] - 11:14
**outer** [2] - 14:25, 19:19
**outside** [1] - 16:3
**own** [3] - 8:17, 12:11, 12:25

**P**

**p.m** [1] - 21:5
**packet** [1] - 12:19
**pages** [1] - 9:1
**paid** [1] - 5:20
**Palacios** [1] - 13:18
**Part** [1] - 6:8
**particular** [1] - 15:1
**parts** [2] - 14:13
**party** [1] - 6:9
**past** [1] - 5:2
**patients** [2] - 7:11, 8:9
**pay** [1] - 18:23
**PCPs** [4] - 7:9, 10:19, 14:25
**people** [5] - 5:25, 9:8, 12:1, 17:20, 19:20
**pepper** [1] - 19:12
**percentages** [1] - 14:1
**perfectly** [1] - 19:16
**personal** [1] - 12:6
**petition** [1] - 4:23
**physicians** [4] - 6:17, 9:4, 9:5, 14:25
**picked** [1] - 16:14
**place** [2] - 12:4, 16:1
**plaintiff** [3] - 13:22, 13:25, 16:16
**plays** [1] - 15:10
**point** [2] - 14:22, 17:12
**points** [1] - 16:13
**postman** [1] - 19:15
**postmen** [1] - 19:12
**practice** [1] - 15:11
**predation** [1] - 14:20

**pregnant** [1] - 8:15
**preliminary** [1] - 17:16
**president** [1] - 10:5
**press** [1] - 8:17
**primary** [2] - 6:17, 14:24
**problem** [2] - 8:11, 17:8
**proceedings** [1] - 21:9
**program** [1] - 6:4
**proprietary** [4] - 10:25, 11:2, 14:2, 14:15
**providers** [1] - 9:9
**pure** [2] - 15:17, 16:15
**purported** [1] - 14:6
**put** [2] - 4:7, 8:17

## Q

**questions** [1] - 5:14

## R

**R-o-t-h** [1] - 10:3
**railroad** [1] - 9:16
**rational** [1] - 19:16
**read** [4] - 4:3, 10:6, 17:9, 17:11
**real** [1] - 4:10
**really** [2] - 5:25, 8:10
**Recessed** [1] - 21:5
**record** [1] - 21:9
**records** [2] - 17:19, 17:20
**reduce** [2] - 9:12, 20:22
**referring** [1] - 18:17
**registered** [2] - 7:7, 7:8
**relates** [1] - 10:17
**relax** [1] - 13:13
**release** [1] - 8:17
**remains** [1] - 10:24
**remiss** [1] - 9:24
**remove** [1] - 5:13
**removed** [1] - 5:6
**replicated** [1] - 18:7
**REPORTER'S** [1] - 21:6
**representations** [1] - 8:12
**represented** [1] - 12:24
**reputation** [1] - 20:3
**reread** [1] - 17:13
**resolve** [1] - 18:21
**respond** [1] - 17:20
**restraining** [2] - 4:23, 17:16
**restrictions** [1] - 8:3
**rhetorical** [1] - 11:15
**ripe** [1] - 10:17
**RMR** [1] - 21:12
**room** [1] - 20:24
**Ross** [1] - 10:2
**Roth** [9] - 10:1, 10:3, 10:4, 10:11, 13:15, 13:18, 14:3, 14:14, 16:4
**rude** [1] - 17:3
**ruin** [1] - 20:3
**running** [1] - 9:3

## S

**sacrosanct** [1] - 14:6
**San** [1] - 18:8
**Sanchez** [2] - 21:8, 21:12
**saved** [1] - 19:4
**schedule** [1] - 11:16
**schedules** [1] - 9:13
**scope** [1] - 10:12
**scurrilous** [1] - 7:16
**Sears** [1] - 20:14
**seated** [1] - 18:14
**secret** [4] - 12:1, 13:2, 13:24
**Secrets** [1] - 16:20
**secrets** [7] - 12:21, 13:16, 14:7, 14:18, 15:20, 16:19, 16:22
**section** [1] - 8:25
**see** [4] - 4:12, 6:3, 9:19, 18:15
**send** [2] - 7:23, 17:20
**sending** [1] - 7:10
**sensible** [1] - 19:22
**sent** [1] - 6:24
**serious** [1] - 19:3
**Service** [1] - 21:1
**set** [1] - 5:2
**shall** [1] - 4:3
**share** [1] - 11:3
**shares** [1] - 10:19
**short** [1] - 21:4
**shut** [1] - 16:17
**sign** [2] - 14:4, 15:8
**signed** [3] - 14:4, 16:2, 17:14
**simply** [1] - 16:17
**sing** [1] - 4:13
**sites** [1] - 8:15
**skipping** [1] - 6:11
**slope** [1] - 4:9
**smoking** [1] - 4:15
**sneaky** [1] - 5:19
**snowfall** [1] - 20:25
**so-called** [1] - 14:10
**sociologist** [1] - 16:10
**solicited** [1] - 14:18
**soliciting** [2] - 12:15, 14:10
**solution** [1] - 7:22
**sometimes** [1] - 5:24
**soon** [1] - 19:21
**sorry** [2] - 14:12, 15:6
**sort** [1] - 7:3
**space** [1] - 19:19
**speech** [1] - 7:23
**spent** [1] - 20:22
**spray** [1] - 19:12
**sprayed** [1] - 19:17
**squash** [1] - 6:1
**start** [2] - 4:4, 12:9
**started** [1] - 10:8
**state** [7] - 4:24, 6:4, 6:6, 6:12, 8:3, 8:4, 16:10
**State** [1] - 5:1
**states** [2] - 19:9, 19:10

**States** [2] - 7:16, 15:18
**statute** [2] - 16:18, 16:24
**stepping** [1] - 13:12
**stick** [1] - 7:4
**still** [2] - 10:17, 19:9
**strategy** [1] - 7:4
**strictly** [1] - 15:17
**stuff** [1] - 4:3
**sue** [1] - 12:13
**sued** [1] - 19:20
**Sunday** [1] - 5:4
**supply** [1] - 20:17
**System** [1] - 17:9
**systems** [1] - 20:17

## T

**teamsters** [1] - 9:15
**temporary** [3] - 4:23, 5:1, 17:16
**ten** [4] - 18:6, 19:24, 19:25, 20:4
**tend** [1] - 15:11
**Texas** [5] - 8:24, 4:11:16, 16:20, 17:10, 17:24
**THE** [69] - 4:3, 4:7, 4:12, 4:15, 4:20, 5:8, 5:10, 5:15, 5:17, 5:19, 5:24, 6:11, 6:15, 6:19, 6:25, 7:5, 7:12, 7:15, 7:19, 7:22, 8:6, 8:14, 9:7, 10:2, 10:6, 10:15, 10:21, 11:1, 11:5, 11:7, 11:10, 11:14, 11:20, 12:4, 12:9, 12:13, 12:17, 12:20, 13:1, 13:6, 13:12, 14:12, 14:23, 15:3, 15:5, 15:7, 15:12, 15:15, 16:4, 16:8, 16:18, 16:22, 16:25, 17:3, 17:8, 17:13, 17:19, 18:4, 18:7, 18:10, 18:13, 18:15, 18:20, 19:6, 19:25, 20:3, 20:5, 20:9, 20:21
**theft** [1] - 14:18
**theory** [2] - 7:3, 7:9
**therefore** [1] - 5:12
**they've** [1] - 12:24
**thinks** [1] - 6:20
**third** [1] - 6:9
**thousands** [1] - 11:6
**threatening** [1] - 6:23
**three** [4] - 12:1, 16:25, 17:1, 17:3
**throughout** [1] - 13:20
**timing** [1] - 5:14
**TIP** [2] - 12:12, 12:24
**today** [3] - 17:15, 18:19, 20:5
**together** [2] - 9:6, 9:11
**tortious** [2] - 8:4, 8:6
**trade** [11] - 12:21, 13:2, 13:24, 14:6, 14:18, 15:20, 16:10, 16:11, 16:19, 16:22
**Trade** [1] - 16:20
**transcript** [1] - 21:9
**treasonous** [2] - 19:9
**treat** [1] - 7:25
**treated** [1] - 7:24
**TRO** [2] - 4:25, 18:19
**truth** [2] - 12:21, 13:7
**trying** [1] - 13:22
**turn** [2] - 5:24, 17:22

**two** [8] - 4:24, 10:4, 11:15, 12:1, 12:5, 16:23, 18:21, 21:1

# U

**under** [5] - 6:7, 15:17, 16:1, 16:20, 16:24
**understood** [1] - 5:18
**unfairly** [3] - 6:20, 7:2, 18:23
**unfairness** [1] - 7:23
**unfavorably** [1] - 17:21
**union** [1] - 16:11
**union's** [2] - 9:17, 9:18
**unions** [1] - 16:10
**United** [2] - 7:15, 15:18
**unredressable** [1] - 17:17
**up** [8] - 4:16, 5:19, 13:8, 13:12, 16:11, 16:14, 20:13, 20:14
**urge** [1] - 15:23

# V

**vague** [1] - 6:23
**versus** [1] - 17:9
**vice** [1] - 10:5
**vice-president** [1] - 10:5
**Vincent** [1] - 10:1

# W

**wait** [5] - 7:5, 13:1, 14:12, 15:12
**warm** [1] - 20:24
**ways** [1] - 5:21
**week** [1] - 19:23
**weeks** [2] - 4:24, 18:21
**WEHRER** [3] - 18:5, 18:9, 18:17
**WellCare** [6] - 5:5, 5:6, 5:7, 6:10, 6:22, 7:9
**WellCare's** [1] - 5:11
**west** [1] - 8:23
**whole** [2] - 8:25, 18:21
**Willie** [1] - 4:12
**words** [1] - 6:22
**workers** [2] - 9:16, 9:17
**works** [1] - 9:7
**world** [1] - 9:1
**worry** [1] - 5:15
**Worth** [1] - 18:8
**wrote** [1] - 17:14

# Y

**year** [2] - 8:25, 10:15
**year`** [1] - 20:14
**years** [7] - 10:22, 10:24, 11:18, 14:7, 16:24, 17:1, 17:6
**YEGPARIAN** [44] - 4:1, 4:5, 4:11, 4:14, 4:19, 4:21, 5:9, 5:11, 5:16, 5:18, 5:23, 6:7, 6:13, 6:17, 6:21, 7:1, 7:8, 7:14, 7:18, 7:21, 8:2, 8:11, 9:4, 9:22, 10:3,

10:7, 10:16, 10:23, 11:4, 11:6, 11:8, 11:12, 11:19, 12:3, 12:8, 12:11, 12:15, 12:18, 12:23, 13:5, 15:6, 15:9, 15:14, 19:2
**Yegparian** [1] - 18:24
**you-all** [1] - 20:7
**young** [3] - 8:22, 9:15, 13:10
**YOUNG** [18] - 13:11, 13:17, 14:21, 14:24, 15:4, 15:16, 16:6, 16:13, 16:20, 16:23, 17:1, 17:5, 17:11, 17:18, 17:25, 18:3, 18:12, 18:14